STATE OF NEW JERSEY v. HUBERT JOHNSON.

February 7, 1989.

Leave to appeal granted.

STATE OF NEW JERSEY v. JOHNNIE PRESTON.

February 14, 1989.

Petition for certification denied.

LENA MAH AND HARRY MAH v. ARTHUR WICKBORN AND
LIBERTY MUTUAL INSURANCE COMPANY.

February 15, 1989.

Petition for certification denied.

JUDY SPINELLI, ET VIR. v. MILTON E. CORSEY, D.O. AND JOHN
F. KENNEDY MEMORIAL HOSPITAL.

February 21, 1989.

Petitions for certification granted.